UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK JONES,

      Plaintiff,                              Civil Action No.
                                                04-CV-72638-DT

vs.

                                                HON. BERNARD A. FRIEDMAN

RICHARD P. HATHAWAY, et al.,

      Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT

Plaintiff has filed a motion to alter or amend the judgment entered in defendants' favor [docket entry 58]. "A court may grant a Rule 59(e) motion to alter or amend if there is: (1) a clear error of law; (2) newly discovered evidence; (3) an intervening change in controlling law; or (4) a need to prevent manifest injustice." *Intera Corp. v. Henderson*, 428 F.3d 605, 620 (6th Cir. 2005). In the present case, plaintiff has failed to show the existence of any of these circumstances and, accordingly, his motion to alter or amend the judgment must be and is hereby denied.

      SO ORDERED.


Dated: March 9, 2006                     s/Bernard A. Friedman
   Detroit, Michigan              BERNARD A. FRIEDMAN
                                           CHIEF UNITED STATES DISTRICT JUDGE


**I hereby certify that a copy of the foregoing document was served this date upon counsel of record electronically and/or via first-class mail.**

_____**/s/ Patricia Foster Hommel**_____
     **Patricia Foster Hommel**
  **Secretary to Chief Judge Friedman**